**No. 52454.**—John Zimmermann Co. *v.* United States, protests 936471–G, etc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of sisal hats and hat bodies similar in all material respects to those the classification of which was involved in Abstract 49318 and that other items consist of racello hats and hat bodies the same as those the subject of Abstract 47291. Accepting this stipulation as a statement of fact and following the cited authorities the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 52455.**—American Straw Goods Co. et al. *v.* United States, protests 734699–G, etc. (New York).

.. Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 12, 1948

**No. 52456.**—S. A. Haram et al. *v.* United States, protests 803483–G, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 8, 1948

**No. 52457.**—The East Asiatic Co., Inc. *v.* United States, protest 124598–K.— Plaintiff's application for rehearing denied.

JULY 12, 1948

**No. 52458.**—SUIT 4580.—Asiatic Petroleum Corp. *v.* United States.— C. D. 1050 reversed May 10, 1948.   C. A. D. 389.